IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MENARD INC., a Wisconsin corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>DIAL-COLUMBUS, LLC a/k/a DIAL COLUMBUS LLC, a Nebraska limited liability company; DKC-COLUMBUS, LLC, a Nebraska limited liability company; and TERRY L. CLAUFF, a Nebraska resident,<br><br>        Defendants. | 4:12-CV-3077<br><br>ORDER |

      This matter is before the Court on its own motion. On July 6, 2012, the Court entered a Memorandum and Order (filing 20) granting the motion of defendants Dial-Columbus, LLC and Terry L. Clauff (filing 14) to set aside a clerk's entry of default (filing 12). However, the motion to set aside the clerk's entry of default was filed only by Dial-Columbus and Clauff, and the Court's order was not clear about its effect on the remaining defendant, DKC-Columbus, LLC.

      Dial-Columbus and Clauff have since filed a timely answer (filing 21). But DKC-Columbus, despite being properly served, see filing 7, has neither made an appearance in this case, nor filed an answer. And obviously, DKC-Columbus did not seek relief from the clerk's entry of default. Therefore, the clerk's entry of default should stand as to defendant DKC-Columbus, and the Court's order of July 6 will be amended to clearly reflect that finding.

      IT IS ORDERED:

    1.    The Court's order of July 6, 2012 (filing 20) is amended to reflect that the Clerk's Entry of Default (filing 12) was set aside only as to defendants Dial-Columbus, LLC and Terry L. Clauff.

2. The Clerk's Entry of Default (filing 12) stands as to defendant DKC-Columbus, LLC.

Dated this 31st day of July, 2012.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge