IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MENARD, INC., | ) | CASE NO. 4:12-CV-3077 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DIAL-COLUMBUS, LLC a/k/a Dial | ) | |
| Columbus, LLC, DKC-COLUMBUS, LLC | ) | |
| and TERRY L. CLAUFF, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Patrick R. Turner for leave to withdraw as defense counsel for Dial-Columbus, LLC a/k/a Dial Columbus, LLC and Terry L. Clauff. The record shows that Defendants continue to be represented by counsel.

IT IS THEREFORE ORDERED that the Motion For Leave to Withdraw as Counsel (Filing No. 62), is granted. The Clerk shall remove Patrick R. Turner from the distribution/notice list for this case.

DATED this 17th day of October, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge