IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MENARD, INC., a Wisconsin corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DIAL-COLUMBUS, LLC, a Nebraska limited liability company; DKC-COLUMBUS, LLC, a Nebraska limited liability company; and TERRY L CLAUFF, a Nebraska resident;<br><br>Defendants. | 4:12CV3077<br><br>**ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Krista L. Kester as counsel of record on behalf of on behalf of Plaintiff Menard, Inc., (filing no. 71), is granted.

February 21, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge