IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MENARD, INC., a Wisconsin corporation;<br><br>                Plaintiff,<br><br>vs.<br><br>DIAL-COLUMBUS, LLC, a Nebraska limited liability company; DKC-COLUMBUS, LLC, a Nebraska limited liability company; and TERRY L CLAUFF, a Nebraska resident;<br><br>                Defendants. | **4:12CV3077**<br><br>**ORDER** |

      This matter is before the court on Plaintiff's Motion for Order Scheduling Debtor's Exam, (Filing No. 78), filed April 21, 2014. No opposition has been filed, and the time in which to do so has now passed.

      Accordingly,

      IT IS ORDERED:

1)     Defendant Terry Clauff is to appear at a debtor's exam pursuant to Neb. Rev. Stat. §§ 25-1564 et seq., on **June 3, 2014**, at **1:30 p.m**. in Courtroom 3, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska, 68508.

2)     Defendant Clauff shall produce the following documents at the debtor's exam:

        All documents regarding any bank accounts under any name which the Defendant has used or written checks out of in the last three years, tax returns for the last three years, real estate records, financial statements for the last three years, stocks, bonds or other tangible assets, and any and all other documents reflecting any assets which the Defendant owns and/or in which the Defendant has an interest.

May 23, 2014.                                             BY THE COURT:

                                                                          *s/ Cheryl R. Zwart*
                                                                          United States Magistrate Judge