IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MENARD, INC., a Wisconsin corporation,<br><br>        Plaintiff,<br><br>VS.<br><br>DIAL-COLUMBUS, LLC, a Nebraska limited liability company, et al.,<br><br>        Defendants. | 4:12-CV-3077<br><br>ORDER |

This matter is before the Court on the parties' joint Stipulation of Dismissal with Prejudice (filing 106). The stipulation will be approved.

IT IS ORDERED:

1. The parties' joint Stipulation of Dismissal with Prejudice (filing 106) is approved.

2. The plaintiff's claims against defendant Clauff are dismissed with prejudice.

3. The plaintiff and Clauff shall bear their own attorney fees, costs, and expenses.

4. This case is closed.

5. A separate judgment will be entered.

Dated this 18th day of February, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge